IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2009 NOV 20 PM 2:47
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
JUANITA MARIE BYRD )
)
Debtor ) CH 13 Case No. 04-45987
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

>JUANITA MARIE BYRD
>81 LEIGHTON AVE
>BOARDMAN, OH 44512

$5.00

**TOTAL:** $ 5.00

2. A check in the amount of $15.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this ___19th___ day of November, 2009.

/s/ Michael A. Gallo
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re:  ) KAY WOODS
         ) U.S. BANKRUPTCY JUDGE
JUANITA MARIE BYRD )
         )
         Debtor ) CH 13 Case No. 04-45987
         )
         )

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this _19th_ day of November, 2009, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CREDITOR:523237                Page 1 OF 1

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

VOUCHER FOR CHECK: 750564
DATED: 2009/10/23

| NAME OF CREDITOR | CASE | CLMS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0444919 | 926 | 6 | 36 MATRICARDI, SHAWN JOSEPH | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0445987 | 926 | 6 | 22 BYRD, JUANITA MARIE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0446248 | 926 | 6 | 24 WHITE, JAMES MEDRO | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 3 | 15.00 | 0.00 | 15.00 |

CURRENT CHECK

04-45987-kw   Doc 48-1   FILED 11/20/09   ENTERED 11/20/09 15:05:54   Page 3 of 3